## PHARISS v. STATE.
### No. 22647.

Court of Criminal Appeals of Texas.

Dec. 8, 1943.

Aubrey Davee, of Brady, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Unlawfully transporting whisky in a dry area is the offense; the punishment, a fine of $100.

The record is before us without statement of facts or bills of exception. Nothing is presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## PHARISS v. STATE.
### No. 22648.

Court of Criminal Appeals of Texas.

Dec. 8, 1943.

Aubrey Davee, of Brady, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted in the county court of McCulloch County for the violation of the liquor law, Vernon's Ann.P.C. art. 666—1 et seq., and his punishment was assessed at a fine of $100.

The complaint and information appear regular. The record is before this court without statement of facts or bills of exceptions. In the absence of the evidence adduced upon the trial, this court is unable to appraise the matters presented in the motion for new trial.

The judgment of the trial court, therefore, will be in all things affirmed.